UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE: Russell Carothers            )
                                    )       CASE NO.  09-41449-JJR-13
   Meredith Carothers               )
                                    )
       DEBTORS                      )

## AMENDED PLAN

Comes now the Debtor by and through their attorney of record, LeRoy Alan Cobb, and respectfully requests this Honorable Court to amend their Chapter 13 Plan as shown on the attached Plan.

/s/LeRoy Alan Cobb
LeRoy Alan Cobb
Attorney for Debtor(s)
POB 306
Anniston, AL 36202
(256) 237-2250

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all parties of record herein by via email, U.S. Mail postage paid, or other means, on this the 6th day of July, 2009 as follows:

Linda Gore (Via Email)

/s/LeRoy Alan Cobb
LeRoy Alan Cobb
Attorney at Law

|  | | Chapter 13 Plan | Case No.: 09-41449 |
|---|---|---|---|

**Debtor(s)** ____Russell Carothers_____ SS# __8223_____ Net Monthly Earnings:_____2786.29_____

____ Meredith Carothers_____ SS# ___0766____ Number of Dependants: ___3_____

**I. Plan Payments:**
  ( ) Debtor(s) propose to pay a periodic payment of $_____ [ ] weekly [ ] biweekly [ ] semi-monthly [ ] monthly into the plan; or

  (X) Payroll deduction Order: To __Aerospace Coatings, 370 Knight Drive, Oxford, AL 36203_____ for

  $_____263.00_____ [X] weekly [ ] biweekly [ ] semi-monthly [ ] monthly.

  Length of plan is _60_____ months, and the total debt to be paid through the plan is $_68380.00_

**II.** From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

  **A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a) (2)]**

  The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

  **B.** Total Attorney Fee: $__2,500.00____ to be paid as funds become available.

  **C.** The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
  1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate of Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Taylor, Bean and Whitaker | 83000.00 | By Trustee 662.00 | 06/2009 | 662.00 | 1 | N/A | 12.26 |
|  |  |  |  |  |  |  |  |

  2. Secured Debts (not long term debts) to be paid through Trustee: ADEQUATE PROTECTION PAYMENTS TO CONTINUE UNTIL FIXED PAYMENTS BEGIN.

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Center One Financial | 190.00 | 19574.66 | 19000.00 | 574.66 | 2007 Mitsubishi Outland | 4% | 367.69 | 11/2009 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**III.** Other debts ( <u>not shown in 1. or 2 above</u>) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**IV. Special Provisions:**
  [ ] This is an original plan.
  [x] This is an amended plan replacing plan dated _05-14-2009_.
  [x] This plan proposes to pay unsecured creditor approximately _ 0__%..
  [x] Other provisions. PAYMENTS TO CREDITORS TO BEGIN ONCE ADMINISTRATIVE FEES ARE PAID IN FULL..

**Attorney for Debtor Name/Address/Telephone #**    Dated: __07-06-2009_

LeRoy Alan Cobb                                              **/s/ LeRoy Alan Cobb**
POB 306                                                       **Signature of Debtor's Attorney**
Anniston, Alabama 36202
(256) 237-2250