# United States Bankruptcy Court
## Northern District of Alabama
### Eastern Division

In Re: Russell Carothers and Meredith Carothers       Case No.: 09-41449
                                                       Chapter: 13
                                                       Judge: JJR

**Statement in Response to Notice of Final Cure Payment**

| Part 1: | Pre-Petition Arrears |
|---|---|

Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:    $ _____

        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

| Part 2: | Post-petition Arrears |
|---|---|

***Outside the plan:*** Creditor ☐ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

***Inside the plan:*** Creditor ☐ agrees or ☑ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $ 10,863.50

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

## Part 3: Sign Here

The person completing this Statement must sign it. Print your name and other identifying information. Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

Signature: /s/ robert j. solomon   Date: 8/26/2014

Print:
Name: Robert J. Solomon
Title: Attorney for Creditor
Company: Solomon | Baggett, LLC
Address: 40 Technology Pkwy. S., Ste. 202
Norcross, GA 30096
Phone: 678-243-2512
Email: rsolomon@sb-law.com

## Part 4: Service

Notice Mailed to:

Debtor(s) (address): 89 Stone Street, Oxford, AL 36203

Debtor(s)' Counsel:
☑ Via CM/ECF   Cobblawfirm@gmail.com
☐ Via email (email address): _____
☐ Via US Mail (address): _____

Trustee:
☑ Via CM/ECF ch13books@bellsouth.net; noticetrustee@ch13gadsden.com

*new.9/1/10*

Case 09-41449-JJR13   Doc 61   Filed 08/26/14   Entered 08/26/14 16:44:42   Desc Main
Document      Page 2 of 2